# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CROCS, INC., <br><br> Plaintiff, <br><br> v. <br><br> PATRICIA GUEVARA D/B/A LA MODISH BOUTIQUE, and LEGEND FOOTWEAR, INC. D/B/A WILD DIVA, <br><br> Defendants. | Case No. 2:21-cv-05641-SVW-KK <br><br> **AMENDED JUDGMENT** |

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendant Patricia Guevara, doing business as La Modish Boutique, is hereby permanently restrained and enjoined from manufacturing, selling, distributing, promoting, or otherwise engaging in commerce with respect to any goods that infringe Crocs's trademarks.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Defendant Patricia Guevara, doing business as La Modish Boutique, is liable to Plaintiff Crocs, Inc. for $58,378.00 in damages, $3,935.00 in attorney's fees, and $402 in costs.

Dated: June 29, 2022

Hon. Stephen V. Wilson
United States District Judge for the
Central District of California